# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:19CR212 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **SUMBISSION OF THE DETERMINATION OF DETENTION OR RELEASE** |
| v. | ) | |
| | ) | |
| JAMES DAISLEY, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____  7·18·19
Defendant                         Date

_____  7-18-19
Attorney for Defendant            Date

## ORDER

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted and a separate order will be issued concerning detention or release.

DATED this 18th day of July, 2019.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT